# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:08-CR-159-RL-PRC |
| | ) | |
| JUAN RICARDO ORTIZ, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT JUAN RICARDO ORTIZ

TO:   THE HONORABLE RUDY LOZANO, JUDGE,
        UNITED STATES DISTRICT COURT

Upon Defendant Juan Ricardo Ortiz's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on November 25, 2008, with the consent of Defendant Juan Ricardo Ortiz, counsel for Defendant Juan Ricardo Ortiz, and counsel for the United States of America.

The hearing on Defendant Juan Ricardo Ortiz's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Juan Ricardo Ortiz under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Juan Ricardo Ortiz,

I FIND as follows:

(1) that Defendant Juan Ricardo Ortiz understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Juan Ricardo Ortiz understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Juan Ricardo Ortiz understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Juan Ricardo Ortiz understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Juan Ricardo Ortiz has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Juan Ricardo Ortiz is competent to plead guilty;

(6) that Defendant Juan Ricardo Ortiz understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Juan Ricardo Ortiz's plea; and further,

I RECOMMEND that the Court accept Juan Ricardo Ortiz's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Juan Ricardo Ortiz be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Juan Ortiz be adjudged guilty, sentencing will be held **February 27, 2009, at 10:00 a.m.** in the Hammond Division, before Judge Rudy Lozano. Defendant Juan Ortiz is **ORDERED** to be present in person at sentencing. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 25th day of November, 2008.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
Honorable Rudy Lozano