**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-159 |
| ) | |
| JUAN RICARDO ORTIZ, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Juan Ricardo Ortiz (DE # 21,) filed on November 25, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Juan Ricardo Ortiz's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

**DATED:** December 31, 2008     /s/RUDY LOZANO, Judge
              **United States District Court**